UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 11-46126 GMB

Debtor: Brian L. & Patricia A. Buck

| Check Number | Creditor | Amount |
|---|---|---|
| 1823858 | Brian L. & Patricia A. Buck | 1759.60 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 11, 2013